IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAVERNE THOMPKINS                                                                    PLAINTIFF

           v.                              Civil No. 07-2018

MICHAEL J. ASTRUE
Commissioner of Social
Security Administration                                                              DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of December 2007.

           /s/ *J. Marschewski*
           HONORABLE JAMES R. MARSCHEWSKI
           UNITED STATES MAGISTRATE JUDGE